UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN DUVALLE BLACK, | |
| Plaintiff, | 2:11-cv-212-KJD--RJJ |
| vs. | |
| FRANCISCO SANCHEZ and CANUTE BROWN, | O R D E R |
| Defendant, | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff Kevin Black's Motion to Extend Prison Copywork Limit (#13).

The Court having reviewed Plaintiff's Motion (#13) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Kevin Black's Motion to Extend Prison Copywork Limit (#13) is **DENIED**.

DATED this  29th  day of June, 2011.

                                                                _____
ROBERT J. JOHNSTON
United States Magistrate Judge