# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN DUVALLE BLACK,

    Plaintiff,

v.

FRANCISCO SANCHEZ, *et al.*,

    Defendants.

Case No. 2:11-CV-00212-KJD-CWH

**ORDER**

Presently before the Court is Plaintiff's Motion for Default Judgment (#21) filed on August 11, 2011. Defendants filed a response in opposition (#23). Plaintiff asserts that despite Defendants having been granted an extension they still had not filed their answer to his complaint. However, Defendants' Answer (#12) was filed on June 27, 2011. Furthermore, Plaintiff was aware of this because he filed a Rebuttal (#16) to the Answer. Therefore, the Court **DENIES** Plaintiff's motion for default. Plaintiff is warned that if he continues to unnecessarily multiply the proceedings with baseless motions and pleadings, the Court will sanction him, up to and including dismissal of his complaint.

DATED this 6th day of October 2011.

Kent J. Dawson
United States District Judge