UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN DUVALLE BLACK,               )
                                         )      Case No.  2:11-cv-00212-KJD-CWH
        Plaintiff,                                     )
                                         )      **ORDER**
vs.                                                       )
                                         )
FRANCISCO SANCHEZ, *et al*.,        )
                                         )
        Defendants.                                )
_____)

       This matter is before the Court on Defendants' Motion to Revoke *In Forma Pauperis* Status (#29), filed July 23, 2012; Plaintiff's Response (#30), filed August 23, 2012; and Defendants' Reply (#31), filed August 28, 2012.

       Citing Local Special Rule ("LSR") 1-5, Defendants request that the Court revoke Plaintiff's right to proceed *in forma pauperis* because he has been released from prison.  In support of the motion, Defendants have cited to the general proposition that proceeding *in forma pauperis* is not a right.  The Court does not disagree with that general statement.  Unfortunately, Defendants have failed to brief the actual issue presented - do the Prisoner Litigation Reform Act ("PLRA") provisions of 28 U.S.C. § 1915 continue to govern if and after the prisoner is released *pendente lite* during the litigation.   Pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion."  Accordingly,

       **IT IS HEREBY ORDERED** that Defendants' Motion to Revoke *In Forma Pauperis* Status (#29) is **denied without prejudice**.

       DATED this 10th day of October, 2011.

                                                                             _____
                                                                             **C.W. Hoffman, Jr.**
                                                                             **United States Magistrate Judge**