# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN DUVALLE BLACK, )
                Plaintiff, ) Case No. 2:11-cv-00212-KJD-CWH
)
vs. ) **ORDER**
)
BRIAN WILLIAMS, *et al.*, )
                Defendants. )

      This matter is before the Court on Defendants' Motion to Remove Former Counsel from CM/ECF Service List (#35), filed March 20, 2013. The Court has reviewed the motion and finds there is good cause for the requested relief. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Remove Former Counsel from CM/ECF Service List (#35) is **granted**. The Clerk shall remove Attorney Robert J. Simon from the CM/ECF service list in this matter.

      DATED: March 21, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**